DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LISTON B. HAYE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1460

[August 10, 2017]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 2005CF015359AXX.

Liston B. Haye, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and FORST, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***